IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                             CRIMINAL ACTION 3:06cr210 TSL-LRA

RODNEY CASE, et al.

## ORDER

On oral motion of the government, it is hereby

ORDERED that the government's response in opposition to defendant's motion for a Franks hearing and to suppress (Document #133) be SEALED.

SO ORDERED, this the 19TH day of October, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE