IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CRIMINAL ACTION 3:06cr210**

**RODNEY CASE, KEVIN CLARK,
MIKE FULTON, DOUGLAS MURPHY
AND JAMES WARD**

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455, the undersigned finds it in order that he recuse himself in the above styled and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this  14th  day of  February, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE