**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                Criminal No. 3:06-cr-210 HTW-LRA

RODNEY CASE, ET AL.

### ORDER OF RECUSAL

This matter is before the court <u>sua sponte</u>.  The court has reviewed the case and the attorney appearing of record for one of the defendants is a former law clerk of the undersigned.  Therefore, the undersigned's impartiality might reasonably be questioned.  The undersigned hereby disqualifies himself from serving as judge in this cause pursuant to Title 28 U.S.C. § 455(a).

**SO ORDERED** this the 19th day of February, 2008.

                                              **s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE**