IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.

RODNEY CASE, KEVIN CLARK,
MIKE FULTON, DOUGLAS MURPHY,
AND JAMES WARD

NOS. 3:09-CR-6WHB-JCS
3:06-CR-210WHB-JCS

## ORDER PERMITTING FILING UNDER SEAL

THIS MATTER has come before the Court on the motion of the defendants for leave to file under seal defendants' motion for a continuance and the accompanying memorandum of points and authorities and exhibits in support of the motion. It is on this 15th day of July, 2009 hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that defendants' motion for a continuance and the accompanying memorandum of points and authorities and exhibits in support of the motion shall be FILED UNDER SEAL.

William Barbour

HONORABLE ~~JAMES C. SUMNER~~
United States ~~Magistrate~~ District Judge