# Exhibit B

## Williams, Angela (USAMSS)

| | |
|---|---|
| **From:** | Brittain, Harold (USAMSS) [HBrittain@usa.doj.gov] |
| **Sent:** | Friday, September 17, 2010 11:44 AM |
| **To:** | cjohnson@prjlawyers.com; lross@lmrossatlaw.com; wmcdaniels@wc.com; rbm@mcdufflaw.com; edblackmon@blackmonlawfirm.com; tabergstrom@verizon.net |
| **Cc:** | Barbour_chambers@mssd.uscourts.gov; Burkhalter, Don (USAMSS); Williams, Angela (USAMSS) |
| **Subject:** | US v. Case, et al. |
| **Attachments:** | casestay2.pdf |

Dear Counsel,

Please see attached letter. Thanks Harold Brittain

<<casestay2.pdf>>



U.S. Department of Justice

United States Attorney
Southern District of Mississippi
188 E. Capitol Street, Suite 500
Jackson, Mississippi 39201
Telephone: 601-965-4480
Facsimile: 601-965-4409

September 17, 2010

**Thomas A. Bergstrom**
THOMAS A. BERGSTROM, ATTORNEY
138 Davis Road
Malvern, PA 19355


**Edward Blackmon, Jr**
BLACKMON & BLACKMON LAW FIRM, PLLC
P. O. Box 105
Canton, MS 39046-0105


**J. Clifton Johnson, II**
PIGOTT, REEVES, JOHNSON, P.A.
775 North Congress Street
Jackson, MS 39202


**William E. McDaniels**
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, DC 20005


**Robert B. McDuff**
ROBERT B. MCDUFF, ATTORNEY
767 North Congress St.
Jackson, MS 39202


**Lisa Mishune Ross**
LISA M. ROSS, ATTORNEY
P. O. Box 11264
Jackson, MS 39283-1264

Re: *United States v. Rodney Case, et al.*
Criminal Nos. 3:06cr210WHB-JCS; 3:09cr6WHB-FKB

Dear Counsel:

Last week I circulated a letter indicating the government was prepared to file a Motion and Memorandum of Authorities in Support of Motion to Lift the Stay previously imposed in this case.

Since that time I have been told that there have been developments in the civil case that may have a bearing on this case. In order to allow time to consult on these matters the Motion to Lift Stay will not be filed at this time.

Yours very truly,

DONALD R. BURKHALTER
United States Attorney

BY: *s/Harold Brittain*
HAROLD H. BRITTAIN
Assistant U.S. Attorney

cc:   Honorable William H. Barbour

HHB/jm
Enclosure