IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:06-cr-210-WHB-FKB
     CRIMINAL NO. 3:09-cr-6-WHB-FKB

RODNEY CASE, KEVIN CLARK,
MIKE FULTON, DOUGLAS MURPHY,
AND JAMES WARD

### ORDER ON MOTION TO LIFT STAY AND FOR TRIAL SETTING

This matter is before the Court on the United States' Motion to Lift Stay and for Trial Setting (Doc. No. 369 in Case No. 3:06cr 210 and Doc No. 91 in Case No. 3:09cr6). Having considered the matter, and by agreement of the parties, the Court finds that the Motion is well-taken. The Court hereby lifts the stay of this matter, and sets the matter for trial beginning October 9, 2012.

The Court further orders, with agreement of the parties, the parties shall exchange exhibit lists on August 10, 2012. The exhibit lists may be amended or updated until September 10, 2012. Any amendments or additions to exhibit lists after September 10, 2012, shall be allowed only upon a showing of good cause by the offering party. The previous orders of this Court regarding discovery are unaffected by this Order.

So Ordered this the 25th of April, 2012.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE