IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:06-cr-210-WHB-FKB
CRIMINAL NO. 3:09-cr-6-WHB-FKB

RODNEY CASE, KEVIN CLARK,
MIKE FULTON, DOUGLAS MURPHY,
AND JAMES WARD

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictments against RODNEY CASE, KEVIN CLARK, MIKE FULTON, DOUGLAS MURPHY, and JAMES WARD, with prejudice.

GREGORY K. DAVIS
United States Attorney

_____
HAROLD BRITTAIN
Acting FAUSA
501 East Court Street, Suite 4.430
Jackson, MS 39201
TEL: (601) 965-4480
Mississippi Bar No. 4556

Leave of Court is granted for the filing of the foregoing dismissal with prejudice.

ORDERED this 30th day of May, 2012.

_____
WILLIAM H. BARBOUR
SENIOR UNITED STATES DISTRICT JUDGE